1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11   CHARLES TRAYZON GILBERT,          )   Case No.: 1:19-cv-01464-LJO-SAB (PC)
                                       )
12            Plaintiff,               )
                                       )
13        v.                           )   ORDER ADOPTING FINDINGS AND
                                       )   RECOMMENDATIONS
14   KATHLEEN ALLISON, et.al.,         )
                                       )   [ECF No. 10]
15            Defendants.              )
                                       )
16                                     )
                                       )
17  _____  )

18        Plaintiff Charles Trayzon Gilbert is appearing *pro se* and *in forma pauperis* in this civil rights

19   action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On December 6, 2019, the Magistrate Judge issued Findings and Recommendations

22   recommending that this action proceed on Plaintiff's failure to protect claim against Defendants M.

23   Wood, E. Gonzalez, and V. Gonzalez, and Plaintiff's claim for deliberate indifference to a serious

24   medical need be dismissed for failure to state a cognizable claim.  (ECF No. 10.)  The Findings and

25   Recommendations were served on Plaintiff and contained notice that objections were due within

26   twenty-one days.  Plaintiff filed objections on December 26, 2019.  (ECF No. 11.)

27   ///

28   ///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on December 6, 2019, are adopted in full;

2. The instant action shall proceed on Plaintiff's failure to protect claim against Defendants M. Wood, E. Gonzalez, and V. Gonzalez;

3. Plaintiff's claim for deliberate indifference to a serious medical need be dismissed for failure to state a cognizable claim; and

4. The matter is referred back to the Magistrate Judge for initiation of service of process.

IT IS SO ORDERED.

Dated: __**January 4, 2020**__          _____/s/ Lawrence J. O'Neill_____
                                         UNITED STATES CHIEF DISTRICT JUDGE