# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TRAYZON GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHLEEN ALLISON, et.al.,<br><br>    Defendants. | Case No.: 1:19-cv-01464-NONE-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>[ECF No. 16] |

Plaintiff Charles Trayzon Gilbert is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2020, Plaintiff filed a second motion to proceed in forma pauperis in this case. (ECF No. 16.) Inasmuch as Plaintiff was granted in forma pauperis status on November 5, 2019 (ECF No. 6), Plaintiff's current motion is denied as MOOT.

IT IS SO ORDERED.

Dated:   **February 5, 2020**

UNITED STATES MAGISTRATE JUDGE

1