IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TRAYZON GILBERT,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et.al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:19-cv-01464-NONE-SAB<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY<br><br>(ECF No. 44) |

On December 22, 2020, Defendants filed a request for an extension of time to respond to Plaintiff's discovery requests. Having reviewed the declaration of counsel, the Court finds good cause exists to grant the extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' Request for an extension of time is GRANTED; and
2. Defendants shall serve their responses to Plaintiff's combined first sets of interrogatories and requests for production on or before **January 18, 2021**.

IT IS SO ORDERED.

Dated: **December 22, 2020**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE