UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TRAYZON GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01464-NONE-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO BE EXCUSED FROM PROVIDING PHOTOCOPIES AS UNNECESSARY<br><br>(ECF No. 48) |

　　　　Plaintiff Charles Trayzon Gilbert is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 22, 2020, Defendants filed a motion for summary judgment.

　　　　Plaintiff filed an opposition on January 7, 2020, along with a request to be excused from providing Defendants a photocopy of his filing.  (ECF Nos. 47, 48.)  Plaintiff's motion shall be denied as unnecessary.  As stated in the Court's first informational order, "[o]nce an attorney for a defendant appears ina pro se plaintiff's civil rights action (by filing an answer, a motion to dismiss, a motion for summary judgment, etc.), that attorney's office will receive notice of all filings through the Court's electronic filing system (ECM/ECF).  A pro se plaintiff need not serve documents on counsel for a defendant[.]"  (ECF No. 2 at 4.)  Accordingly, Plaintiff's motion to be excused from serving a copy of his opposition and exhibits on Defendants is denied as unnecessary.

IT IS SO ORDERED.

Dated:   **January 8, 2021**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1