UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TRAYZON GILBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:19-cv-01464-NONE-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A REPLY<br><br>(ECF No. 51) |

　　　　Plaintiff Charles Trayzon Gilbert is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Defendants' request for an extension of time to file a reply, filed January 11, 2021.

　　　　Good cause having been presented, it is HEREBY ORDERED that Defendants shall file their reply on or before January 21, 2021.

IT IS SO ORDERED.

Dated: __January 12, 2021__

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1