UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TRAYZON GILBERT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHLEEN ALLISON, et.al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01464-NONE-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OPPOSITION TO DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE A REPLY<br><br>(ECF No. 57) |

　　　　Plaintiff Charles Trayzon Gilbert is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's opposition to Defendants' second request to file a reply, filed February 6, 2021.

　　　　On January 20, 2021, Defendants filed a second request for an extension of time to file a reply. On this same date, the Court granted Defendants' request and extended the time to file a reply to February 4, 2021. On February 3, 2021, Defendants filed their reply.

　　　　Plaintiff opposes Defendants' second request and argues it was not in good faith and was a ploy to delay the case. (ECF No. 57.)

　　　　Contrary to Plaintiff's contention, Defendants' second request for an extension of time to file a reply was supported by good cause as further evidence was necessary in order to adequately address

1

Plaintiff's opposition to their motion for summary judgment. (ECF No. 53.) Plaintiff's disagreement with the necessity to gather further evidence is not a valid basis to oppose Defendants' request and does not negate the finding of good cause. Accordingly, Plaintiff's opposition to Defendants' second request for an extension of time is overruled.

IT IS SO ORDERED.

Dated:   **February 8, 2021**

UNITED STATES MAGISTRATE JUDGE